IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               CRIMINAL ACTION NO. 5:15-cr-00084

OWYNN A. ROGERS,

        Defendant.

FILED AUG 18 2015
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## WRITTEN PLEA OF GUILTY

In the presence of John D. Wooton, Jr., my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment before being called upon to plead, I hereby plead guilty to the charge contained in Count One of the Indictment.

DATE: 8/18/15

_____
DEFENDANT

WITNESS:

_____
COUNSEL FOR DEFENDANT